UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SERONO, INC., and<br>ARES TRADING S.A.,<br>  Plaintiffs,<br><br>v.<br><br>THE TRUSTEES OF COLUMBIA<br>UNIVERSITY IN THE CITY OF<br>NEW YORK<br>  Defendant | CIVIL ACTION NO.<br><br>**03-12401 MLW** |

## CORPORATE DISCLOSURE STATEMENT OF THE
## PLAINTIFF, SERONO, INC. PURSUANT TO LOCAL RULE 7.3

Pursuant to Local Rule 7.3, the plaintiff Serono, Inc. states that it is a privately held corporation that it is wholly owned by Serono Holding, Inc., which is a privately held Massachusetts corporation. Therefore, no publicly held United States corporation directly owns ten (10) percent or more of Serono, Inc.

Serono, Inc. further states that (i) its ultimate corporate parent is Serono S.A., a company that is publicly traded in Switzerland; and (ii) American Depository Shares ("ADS") of Serono S.A. are publicly traded in the United States.

SERONO, INC. and
ARES TRADING, S.A.

By its attorneys,

_____
Cornelius J. Moynihan, Jr., P.C. (BBO # 358840)
Fred A. Kelly, Jr. (BBO #544046)
Nicholas G. Papastavros (BBO # 635724)
**Nixon Peabody, LLP**
101 Federal Street
Boston, MA 02110
Tel: (617) 345-1000
Fax: (617) 345.1300

**Of Counsel**
Peter F. Felfe (PF4481)

B1331802.11

John A. Bauer (JB7467)
Bruce Koch (BK6908)
Leon Medzhibovsky (LM9554)
Attorneys for Plaintiffs:
SERONO, INC. and
ARES TRADING, S.A.