FILED
IN CLERK'S OFFICE
2003 DEC -8  P 4: 44

U.S. DISTRICT COURT
DISTRICT OF MASS.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ARES TRADING S.A. and SERONO, INC., <br><br> Plaintiffs, <br><br> v. <br><br> THE TRUSTEES OF COLUMBIA UNIVERSITY IN THE CITY OF NEW YORK, <br><br> Defendant. | Civil Action No. 03-CV-12401 MLW |

## DEFENDANT COLUMBIA UNIVERSITY'S NOTICE OF FILING OF A NOTICE OF RELATED ACTION WITH THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

On November 26, 2003, Defendant The Trustees of Columbia University in the City of New York ("Columbia") filed a motion with the Judicial Panel on Multidistrict Litigation ("the Panel") pursuant to 28 U.S.C. § 1407. The motion requests that the Panel transfer for consolidated pretrial proceedings seven actions relating to the validity and enforceability of Columbia's United States Patent No. 6,455,275 ("the '275 Patent"). Those cases are currently pending in the Northern District of California, the Central District of California, the District of Massachusetts, and the Southern District of New York. Columbia requests that the consolidated pretrial proceedings occur in the Northern District of California, before The Honorable Vaughn R. Walker. Columbia hereby attaches as Exhibit A all documents filed with the Panel on November 26, 2003.

On December 1, 2003, Columbia learned that this case, which raises identical issues surrounding Columbia's '275 Patent, had been filed in this Court. Accordingly, pursuant to Rules 7.2(i) and 7.5(e) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation,

Columbia filed a Notice of Related Action with the Panel on December 8, 2003 and recommended that this case be designated a "tag-along" action. Attached as Exhibit B is the Notice of Related Action and Proof of Service filed with the Panel on December 8, 2003.

Respectfully submitted,

THE TRUSTEES OF COLUMBIA UNIVERSITY
IN THE CITY OF NEW YORK

By its attorneys,

*SMcC*

Thomas F. Maffei (BBO # 313220)
Scott McConchie (BBO # 634127)
GRIESINGER, TIGHE & MAFFEI, LLP
176 Federal Street
Boston, MA 02210-2600
(617) 542-9900
(617) 542-0900 (fax)

Of counsel:

Morgan Chu
David I. Gindler
Jason G. Sheasby
Irell & Manella LLP
1800 Avenue of the Stars, Suite 900
Los Angeles, California, 90067-4276
(310) 277-1010
(310) 203-7199 (fax)

Dated: December 8, 2003