UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2003 DEC -8 P 3: 28

U.S. DISTRICT COURT
DISTRICT OF MASS.

SERONO, INC., and
ARES TRADING S.A.,
    Plaintiffs,

v.

THE TRUSTEES OF COLUMBIA
UNIVERSITY IN THE CITY OF
NEW YORK
    Defendant

CIVIL ACTION NO. 03-12401 MLW

## CORPORATE DISCLOSURE STATEMENT OF THE PLAINTIFF, ARES TRADING S.A. PURSUANT TO LOCAL RULE 7.3

Pursuant to Local Rule 7.3, the plaintiff Ares Trading S.A. states that it is a privately held corporation that it is wholly owned by Serono S.A. a Swiss company that is publicly traded in Switzerland and via American Depository Shares (ADS) here in the United States. Therefore, no publicly held United States corporation directly owns ten (10) percent or more of Ares Trading S.A.

SERONO, INC. and
ARES TRADING, S.A.

By its attorneys,

Cornelius J. Moynihan, Jr., P.C. (BBO # 358840)
Fred A. Kelly, Jr. (BBO #544046)
Nicholas G. Papastavros (BBO # 635724)
**Nixon Peabody, LLP**
101 Federal Street
Boston, MA 02110
Tel: (617) 345-1000
Fax: (617) 345.1300

**Of Counsel**
Peter F. Felfe (PF4481)
John A. Bauer (JB7467)
Bruce Koch (BK6908)
Leon Medzhibovsky (LM9554)
Attorneys for Plaintiffs:
SERONO, INC. and
ARES TRADING, S.A.

BOS1333692.1