UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

SERONO, INC. and
ARES TRADING S.A.,

      Plaintiffs,

v.

THE TRUSTEES OF COLUMBIA
UNIVERSITY IN THE CITY OF NEW
YORK,

      Defendant.

CIVIL ACTION No. 03-12401-MLW

**ASSENTED-TO MOTION CONCERNING AN EXTENSION OF
TIME FOR THE DEFENDANT TO RESPOND TO THE COMPLAINT**

The defendant, The Trustees of Columbia University in the City of New York, hereby moves for an extension of time to respond to the Complaint. A response to the Complaint was originally due on April 12, 2004. The plaintiffs have assented to this motion, and agree that a response to the Complaint shall be filed on or before April 16, 2004.

THE TRUSTEES OF COLUMBIA UNIVERSITY
IN THE CITY OF NEW YORK

By its attorneys,

*/s/ SMcC*

Thomas F. Maffei (BBO # 313220)
Scott McConchie (BBO # 634127)
GRIESINGER, TIGHE & MAFFEI, LLP
176 Federal Street
Boston, MA 02210-2600
(617) 542-9900
(617) 542-0900 (fax)

Of counsel:

Morgan Chu
David I. Gindler
Jason G. Sheasby
Irell & Manella LLP
1800 Avenue of the Stars, Suite 900
Los Angeles, California, 90067-4276
(310) 277-1010
(310) 203-7199 (fax)

Dated: April 8, 2004

## Certificate Of Compliance With Local Rule 7.1

I, Scott McConchie, hereby certify that counsel for Columbia has conferred with counsel for the plaintiffs with respect to the issues raised in this motion, and that plaintiffs' counsel has agreed to the extension sought by this motion.

*/s/ Scott McConchie*
Scott McConchie

## Certificate Of Service

I, Scott McConchie, hereby certify that on April 8, 2004, I caused a true copy of the foregoing document to be served on the following:

**BY MAIL**

Cornelius J. Moynihan, Jr.
Nicholas G. Papastavros
Nixon Peabody, LLP
101 Federal Street
Boston, Massachusetts 02110

**BY MAIL**

Peter F. Felfe
John A. Bauer
Fulbright & Jaworski L.L.P.
666 Fifth Avenue, 31st Floor
New York, New York 10103-3198

*/s/ Scott McConchie*
Scott McConchie