UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| SERONO, INC. and<br>ARES TRADING S.A.<br><br>　　　　　Plaintiffs,<br><br>　　　v.<br><br>THE TRUSTEES OF COLUMBIA<br>UNIVERSITY IN THE CITY OF NEW<br>YORK,<br><br>　　　　　Defendant. | CIVIL ACTION No. 03-12401-MLW |

## DISCLOSURE STATEMENT OF
## DEFENDANT COLUMBIA UNIVERSITY

Defendant The Trustees of Columbia University in the City of New York ("Columbia")

submits this Disclosure Statement pursuant to Rule 7.1 of the Federal Rules of Civil Procedure

and District of Massachusetts Local Rule 7.3.

Columbia has no parent corporation and there is no publicly held corporation that owns

any interest in Columbia.

Respectfully submitted,

THE TRUSTEES OF COLUMBIA UNIVERSITY
IN THE CITY OF NEW YORK

By its attorneys,

Thomas F. Maffei (BBO # 313220)
Scott McConchie (BBO # 634127)
Griesinger, Tighe & Maffei, LLP
176 Federal Street
Boston, MA  02210-2600
(617) 542-9900

Dated:  April 8, 2004

Of counsel:

Morgan Chu
David I. Gindler
Jason G. Sheasby
Irell & Manella LLP
1800 Avenue of the Stars, Suite 900
Los Angeles, California, 90067-4276
(310) 277-1010
(310) 203-7199 (fax)

## Certificate Of Service

I, Scott McConchie, hereby certify that on April 8, 2004, I caused a true copy of the foregoing **Disclosure Statement of Defendant Columbia University** to be served on the following:

**BY MAIL**

Cornelius J. Moynihan, Jr.
Nicholas G. Papastavros
Nixon Peabody, LLP
101 Federal Street
Boston, Massachusetts 02110

**BY MAIL**

Peter F. Felfe
John A. Bauer
Fulbright & Jaworski L.L.P.
666 Fifth Avenue, 31st Floor
New York, New York 10103-3198

Scott McConchie