UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SERONO, INC. and<br>ARES TRADING S.A.,<br><br>          Plaintiffs,<br><br>    v.<br><br>THE TRUSTEES OF COLUMBIA<br>UNIVERSITY IN THE CITY OF NEW<br>YORK,<br><br>          Defendant. | CIVIL ACTION No. 03-12401-MLW |

### ASSENTED-TO MOTION CONCERNING AN EXTENSION OF TIME FOR THE DEFENDANT TO RESPOND TO THE COMPLAINT

The defendant, The Trustees of Columbia University in the City of New York ("Columbia"), hereby moves for an additional four weeks to respond to the Complaint.

A response to the Complaint originally was due on April 12, 2004. On April 8, 2004, Columbia filed an assented-to motion requesting an extension whereby Columbia would respond to the Complaint on or before April 16, 2004. This Court granted that request.

Given the recent decision by the Judicial Panel on Multidistrict Litigation to transfer all related cases to this district, Columbia requests that it be permitted to file its response to the Complaint on or before May 14, 2004. The plaintiffs assent to this request.

THE TRUSTEES OF COLUMBIA UNIVERSITY
IN THE CITY OF NEW YORK

By its attorneys,

*/s/ SMcC*

Thomas F. Maffei (BBO # 313220)
Scott McConchie (BBO # 634127)
GRIESINGER, TIGHE & MAFFEI, LLP
176 Federal Street
Boston, MA 02210-2600
(617) 542-9900
(617) 542-0900 (fax)

Of counsel:

Morgan Chu
David I. Gindler
Jason G. Sheasby
Irell & Manella LLP
1800 Avenue of the Stars, Suite 900
Los Angeles, California, 90067-4276
(310) 277-1010
(310) 203-7199 (fax)

Dated: April 15, 2004

### Certificate Of Compliance With Local Rule 7.1

I, Scott McConchie, hereby certify that counsel for Columbia has conferred with counsel for the plaintiffs with respect to the issues raised in this motion, and that plaintiffs' counsel has agreed to the extension sought by this motion.

_____
Scott McConchie

### Certificate Of Service

I, Scott McConchie, hereby certify that on April 15, 2004, I caused a true copy of the foregoing document to be served on the following:

**BY MAIL**

Cornelius J. Moynihan, Jr.
Nicholas G. Papastavros
Nixon Peabody, LLP
101 Federal Street
Boston, Massachusetts 02110

**BY MAIL**

Peter F. Felfe
John A. Bauer
Fulbright & Jaworski LLP
666 Fifth Avenue, 31st Floor
New York, New York 10103-3198

_____
Scott McConchie