UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SERONO, INC. and<br>ARES TRADING S.A.,<br><br>　　　　　　　Plaintiffs,<br><br>　　v.<br><br>THE TRUSTEES OF COLUMBIA<br>UNIVERSITY IN THE CITY OF NEW<br>YORK,<br><br>　　　　　　　Defendant. | CIVIL ACTION No. 03-12401-MLW<br><br>**STIPULATED ORDER OF DISMISSAL OF PLAINTIFFS' CLAIMS AGAINST COLUMBIA UNIVERSITY** |

　　　　Whereas, Plaintiffs Serono, Inc. and Ares Trading S.A. (collectively, "Plaintiffs") filed this action on November 26, 2003, against Defendant The Trustees of Columbia University in the City of New York ("Defendant"); and

　　　　Whereas, the parties have entered into an agreement to settle Plaintiffs' claims against Columbia on certain terms and conditions set forth in their agreement;

　　　　NOW, THEREFORE, the parties hereby stipulate and agree, by and through their respective counsel of record, that the Court enter the following Stipulated Order of Dismissal, which shall be binding upon them:

　　　　1.　　The Court has specific personal jurisdiction over the parties for purposes of this action only.

　　　　2.　　Plaintiffs' claims against Defendant in the above-captioned action are hereby dismissed with prejudice, except for those claims specifically reserved and provided for in the Confidential Settlement Agreement and Mutual Release entered into by the parties effective April 30, 2004.

BOS1377346.3

3.  The parties shall bear their own costs and attorneys' fees in connection with the above-captioned action. In addition, the parties waive all rights to appeal this Stipulated Order of Dismissal.

Dated: May 5, 2004

NIXON PEABODY LLP

By: _____
Fred A. Kelly, Jr.
Attorneys for Plaintiffs Serono, Inc. and
Ares Trading S.A.

Dated: 5/5, 2004

GRIESINGER, TIGHE & MAFFEI, LLP

By: _____
Thomas F. Maffei
Attorneys for Defendant
The Trustees of Columbia University in the
City of New York

## ORDER

Pursuant to the Stipulation between Plaintiffs and Columbia, IT IS ORDERED, ADJUDGED AND DECREED THAT:

1. The Court has specific personal jurisdiction over the parties for purposes of this action only.

2. Plaintiffs' claims against Defendant in the above-captioned action are hereby dismissed with prejudice, except for those claims specifically reserved and provided for in the Confidential Settlement Agreement and Mutual Release entered into by the parties effective April 30, 2004.

3. The parties shall bear their own costs and attorneys' fees in connection with the above-captioned action. In addition, the parties waive all rights to appeal this Stipulated Order of Dismissal.

Dated:            , 2004

HON. MARK L. WOLF
UNITED STATES DISTRICT JUDGE

BOS1377346.3